UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| DREW MASON, | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(D) |
| | : | (Unlawful Possession with Intent to |
| Defendant. | : | Distribute a Detectable Amount of |
| | : | Marijuana) |
| | : | |
| | : | 18 U.S.C. § 844(h)(2) |
| | : | (Carrying an Explosive During |
| | : | Commission of a Felony) |
| | : | |
| | : | 18 U.S.C. §§ 842(a)(3)(A) and 844(a) |
| | : | (Explosive Materials – Transport by Non-Licensee) |
| | : | |
| | : | FORFEITURE: 18 U.S.C. §§ 844(c), 924(d), 21 U.S.C. §§ 853(a) and (p), and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 13, 2023, within the District of Columbia, **DREW MASON**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Marijuana**, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(D))

### COUNT TWO

On or about July 13, 2023, within the District of Columbia, **DREW MASON**, knowingly carried an explosive during the commission of a felony which may be prosecuted in a court of the

United States, namely Unlawful Possession with Intent to Distribute Marijuana, as set forth in Count 1 of the Indictment.

(**Carrying an Explosive During Commission of a Felony**, in violation of Title 18, United States Code, Sections 844(h)(2))

## COUNT THREE

On or about July 13, 2023, within the District of Columbia, **DREW MASON**, not being a licensee or permittee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported or caused to be transported explosive materials.

(**Explosive Materials – Transport by Non-Licensee**, in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a)).

## FORFEITURE ALLEGATION

1. Upon conviction of either of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses, including but not limited to marijuana, a digital scale, plastic packaging, $607.05. The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

2. Upon conviction of Counts Two and Three of this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 844(c) and

Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 844(c), 924(d), and 9982(a)(2)(B); Title 21, United States Code, Sections 853(a) and (p); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.